## STATE OF CONNECTICUT *v.* GREGORY CYRUS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 111 Conn. App. 482 (AC 28889), is granted, limited to the following issue:

"Did the Appellate Court correctly determine that the state police did not have a reasonable and articulable

suspicion to stop the defendant for driving with obstructed vision under General Statutes § 14-99f (c)?"

The Supreme Court docket number is SC 18326.

*Harry Weller*, senior assistant state's attorney, in support of the petition.

Decided March 5, 2009